# Exhibit A

## (The Hayden Work)

Il Serpente for Ciccolina
Michael Anthony Hayden 1988



Il Serpente for Ciccolina
Michael Anthony Hayden 1988



Il Serpente for Ciccolina
Michael Anthony Hayden 1988



Il Serpente for Ciccolina
Michael Anthony Hayden 1988

