# Exhibit B

## (The Infringing Works)

ⓘ Not Secure | jeffkoons.com/artwork/made-in-heaven/made-in-heaven     

# JEFF KOONS

ARTWORK EXHIBITIONS BIOGRAPHY BIBLIOGRAPHY CONTACT

EARLY WORKS
INFLATABLES
PRE-NEW
THE NEW
EQUILIBRIUM
LUXURY & DEGRADATION
STATUARY
KIEPENKERL
BANALITY
MADE IN HEAVEN
PUPPY
CELEBRATION
ELEPHANT
EASYFUN
SPLIT-ROCKER
EASYFUN-ETHEREAL
POPEYE
TITI (STAINLESS)
BALLOON SWAN
BALLOON RABBIT
BALLOON MONKEY
LOBSTER
DOLPHIN
POPEYE (STAINLESS)
POPEYE (GRANITE)

Made in Heaven

lithograph billboard
125 x 272 inches
317.5 x 690.9 cm
© Jeff Koons
Edition of 3 plus AP
1989

  

Details

MADE IN HEAVEN

Made in Heaven
Blow Job (Kama Sutra)
Couch (Kama Sutra)
Ilona on Top - Outdoors (Kama Sutra)
Jeff Eating Ilona (Kama Sutra)
Kiss (Kama Sutra)
Position Three (Kama Sutra)
Violet - Ice (Kama Sutra)
Mound of Flowers
Bourgeois Bust - Jeff and Ilona
Self-Portrait
Bob-Tail
Cat
Cherubs
Jeff and Ilona (Made in Heaven)
Large Vase of Flowers
Poodle
Small Vase of Flowers
Three Puppies
Wall Relief with Bird
White Terrier
Yorkshire Terriers
Dirty - Jeff On Top
Ilona On Top (Rosa)

www.jeffkoons.com/artwork/made-in-heaven

Details

MADE
IN
HEAVEN
Starring:
JEFF KOONS CICCIOLINA

MADE
IN
HEAVEN
Starring:
JEFF KOONS CICCIOLINA







C ⓘ Not Secure | jeffkoons.com/artwork/made-in-heaven/jeff-and-ilona-made-in-heaven     

JEFF KOONS

ARTWORK EXHIBITIONS BIOGRAPHY BIBLIOGRAPHY CONTACT

EARLY WORKS
INFLATABLES
PRE-NEW
THE NEW
EQUILIBRIUM
LUXURY & DEGRADATION
STATUARY
KIEPENKERL
BANALITY
MADE IN HEAVEN
PUPPY
CELEBRATION
ELEPHANT
EASYFUN
SPLIT-ROCKER
EASYFUN-ETHEREAL
POPEYE
TITI (STAINLESS)
BALLOON SWAN
BALLOON RABBIT
BALLOON MONKEY
LOBSTER
DOLPHIN
POPEYE (STAINLESS)
POPEYE (GRANITE)
SWAN (INFLATABLE)

Jeff and Ilona (Made in Heaven)

polychromed wood
66 x 114 x 64 inches
167.6 x 289.6 x 162.6 cm
© Jeff Koons
Edition of 3 plus AP
1990

  

MADE IN HEAVEN
Made in Heaven
Blow Job (Kama Sutra)
Couch (Kama Sutra)
Ilona on Top - Outdoors (Kama Sutra)
Jeff Eating Ilona (Kama Sutra)
Kiss (Kama Sutra)
Position Three (Kama Sutra)
Violet - Ice (Kama Sutra)
Mound of Flowers
Bourgeois Bust - Jeff and Ilona
Self-Portrait
Bob-Tail
Cat
Cherubs
Jeff and Ilona (Made in Heaven)
Large Vase of Flowers
Poodle
Small Vase of Flowers
Three Puppies
Wall Relief with Bird
White Terrier
Yorkshire Terriers
Dirty - Jeff On Top
Ilona On Top (Rosa)

# JEFF KOONS

ARTWORK EXHIBITIONS BIOGRAPHY BIBLIOGRAPHY CONTACT

EARLY WORKS
INFLATABLES
PRE-NEW
THE NEW
EQUILIBRIUM
LUXURY & DEGRADATION
STATUARY
KIEPENKERL
BANALITY
MADE IN HEAVEN
PUPPY
CELEBRATION
ELEPHANT
EASYFUN
SPLIT-ROCKER
EASYFUN-ETHEREAL
POPEYE
TITI (STAINLESS)
BALLOON SWAN
BALLOON RABBIT
BALLOON MONKEY
LOBSTER
DOLPHIN
POPEYE (STAINLESS)
POPEYE (GRANITE)
SWAN (INFLATABLE)
HULK ELVIS

**Jeff in the Position of Adam**

oil inks on canvas
96 x 144 inches
243.8 x 365.8 cm
© Jeff Koons
Edition of 1 plus AP
1990

  

Details

## MADE IN HEAVEN

Made in Heaven
Blow Job (Kama Sutra)
Couch (Kama Sutra)
Ilona on Top - Outdoors (Kama Sutra)
Jeff Eating Ilona (Kama Sutra)
Kiss (Kama Sutra)
Position Three (Kama Sutra)
Violet - Ice (Kama Sutra)
Mound of Flowers
Bourgeois Bust - Jeff and Ilona
Self-Portrait
Bob-Tail
Cat
Cherubs
Jeff and Ilona (Made in Heaven)
Large Vase of Flowers
Poodle
Small Vase of Flowers
Three Puppies
Wall Relief with Bird
White Terrier
Yorkshire Terriers
Dirty - Jeff On Top
Ilona On Top (Rosa)
Ilona on Top (Rosa