# Exhibit C

## (Copyright Registration)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-380-397**

**Effective Date of Registration:**
August 07, 2019

**Registration Decision Date:**
January 10, 2020



## Title

**Title of Work:** Il Serpente for Cicciolina

## Completion/Publication

**Year of Completion:** 1988

## Author

- **Author:** Michael Anthony Hayden
  **Author Created:** sculpture
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Anthony Hayden
39 Mountview Ct., San Francisco, CA, 94131, United States

## Rights and Permissions

**Organization Name:** Owen, Wickersham & Erickson, PC
**Name:** Linda Joy Kattwinkel
**Email:** ljk@owe.com
**Telephone:** (415)882-3200
**Address:** 455 Market St, Ste 1910
San Francisco, CA 94105 United States

## Certification

**Name:** Linda Joy Kattwinkel
**Date:** August 07, 2019