UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL A. HAYDEN<br><br>　　　Plaintiff,<br><br>v.<br><br>JEFF KOONS AND JEFF KOONS LLC,<br><br>　　　Defendants. | 21-CV-10249 (TMR)<br><br>**<u>ORDER</u>** |

Timothy M. Reif, Judge of the United States Court of International Trade:

Upon consideration of plaintiff's motion for summary judgment and defendants' cross-motion for summary judgment, and upon consideration of other papers and proceedings herein, it is hereby

　　**ORDERED** that an oral argument in the above-captioned case shall be held on Wednesday, March 15, 2023, at 10:00am EST in Courtroom No. 1 of the United States Court of International Trade, 1 Federal Plaza, New York, New York, 10278, with the option to appear via videoconference.

**SO ORDERED.**

|  |  |
|---|---|
|  | <u>/s/ Timothy M. Reif</u><br>Timothy M. Reif, Judge |
| Dated: <u>January 20, 2023</u><br>　　　New York, New York | United States Court of International Trade<br>*Sitting by Designation*<br>United States District Court for the<br>Southern District of New York |