UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL A. HAYDEN<br><br>    Plaintiff,<br><br>v.<br><br>JEFF KOONS AND JEFF KOONS LLC,<br><br>    Defendants. | 21-CV-10249 (TMR)<br><br>**ORDER** |

Timothy M. Reif, Judge, United States Court of International Trade:

Upon consideration of plaintiff's motion for summary judgment and defendants' cross-motion for summary judgment, and upon consideration of other papers and proceedings herein, it is hereby

    **ORDERED** that the January 20, 2023 Order scheduling an oral argument (Doc. 69) in the above-captioned case shall be stayed pending the U.S. Supreme Court's decision in *Andy Warhol Foundation for the Visual Arts, Inc. v. Goldsmith,* No. 21-869 (U.S. argued Oct. 12, 2022).  Parties will be invited to brief the court on the Supreme Court's decision and its effects on the fair use factors under 17 U.S.C. § 107, as applied in the above-captioned case.

**SO ORDERED.**

Dated: <u>January 26, 2023</u>
       New York, New York

<u>/s/ Timothy M. Reif</u>
Timothy M. Reif, Judge
United States Court of International Trade
*Sitting by Designation*
United States District Court for the
Southern District of New York