UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL A. HAYDEN

     Plaintiff,

v.

JEFF KOONS AND JEFF KOONS LLC,

     Defendants.

21-CV-10249 (TMR)

**ORDER**

---

Timothy M. Reif, Judge, United States Court of International Trade:

Upon consideration of plaintiff's motion for summary judgment, defendants' cross-motion for summary judgment and plaintiff's letter motion for leave to file a motion for reconsideration, and upon consideration of other papers and proceedings herein, it is hereby

**ORDERED** that an oral argument in the above-captioned case shall be held on Thursday, January 23, 2025, at 10:00am ET in Courtroom No. 1 of the United States Court of International Trade, 1 Federal Plaza, New York, New York, 10278, with the option to appear via videoconference.

**SO ORDERED.**

/s/ Timothy M. Reif
Timothy M. Reif, Judge
Dated: October 7, 2024     United States Court of International Trade
   New York, New York     *Sitting by Designation*
     United States District Court for the
     Southern District of New York